1002

**Nellie B. KELLER, Appellant, v. UNITED STATES of America.**

No. 11328.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.

**Nellie B. KELLER, Appellant, v. UNITED STATES of America.**

No. 11334.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.

**Frank J. and Herbert KELLY'S TRUST et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 11442.

Circuit Court of Appeals, Eighth Circuit.

Aug. 4, 1939.

Kenneth Taylor, of Minneapolis, Minn., for petitioners.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., and Helen Carloss, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Opinion filed July 19, 1939, withdrawn from files and decree thereon vacated; case remanded to Board of Tax Appeals for further proceedings in view of and in accordance with provisions of Revenue Act of 1939, 26 U.S.C.A. § 1 et seq., per stipulation of parties.

**S. S. KRESGE COMPANY, Appellant, v. WINGET KICKERNICK CO. et al.**

No. 11438.

Circuit Court of Appeals, Eighth Circuit.

March 27, 1939.

See, also, 96 F.2d 978; 102 F.2d 740.

Roy J. Mordaunt, of St. Paul, Minn., for appellant.

F. A. Whiteley, of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed with costs, on motion of appellees.